AO 243 (Rev. 2/95)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

RECEIVED & FILED
2005 FEB -4 PM 4:02
CLERK'S OFFICE
SAN JUAN, P.R.

| United States District Court | District Puerto Rico | |
|---|---|---|
| Name of Movant Manuel Garcia Torres | Prisoner No. 14966-069 | Case No. 97-00082-SEC |
| Place of Confinement FCC COLEMAN-USP, P.O. BOX 1033, UNIT E, COLEMAN, FL 33521-1033 | | |

UNITED STATES OF AMERICA     V. Manuel Garcia Torres
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court For The District of Puerto Rico, San Juan, Puerto Rico

2. Date of judgment of conviction _____

3. Length of sentence  480 months

4. Nature of offense involved (all counts)  Conspiracy to Distribute Cocaine, Heroin, Marijuana; Money Laundering

5. What was your plea? (Check one)
   (a) Not guilty         ☒
   (b) Guilty             ☐
   (c) Nolo contendere    ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 243   (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court  **First Circuit Court of Appeals**

   (b) Result  **Conviction and sentence affirmed in published opinion 341 F.3d.**

   (c) Date of result  **August 23, 2003**

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  **First Circuit Court of Appeals**

        (2) Nature of proceeding  **Petition For Re Hearing En Banc**

        (3) Grounds raised

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☒

        (5) Result  **Petition Denied**

        (6) Date of result  **September 25, 2003**

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court

        (2) Name of proceeding

        (3) Grounds raised

AO 243   (Rev. 2/95)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐   No ☒

    (5) Result   Certiorari denied

    (6) Date of result   FEBRUARY 23, 2004

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☒    No ☐
    (2) Second petition, etc.    Yes ☐    No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243    (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Whether the trial court erred in sentencing the Petitioner on Count One of the superseding indictment which charged Petitioner with knowingly conspiring to possess cocaine, heroin and marijuana with the intent to distribute same

Supporting FACTS (state *briefly* without citing cases or law):

SEE MEMORANDUM

B. Ground two: Whether the Supreme Court's definition of statutory maximum as defined in Blakely v. Washington clearly shows that Petitioner's sentence was imposed in violation of the law

Supporting FACTS (state *briefly* without citing cases or law):

SEE MEMORANDUM

C. Ground three: Whether the trial court erred by failing to make specific findings as to the amount of drugs attributable to Petitioner without making specific individualized findings as drug amount to Petitioner

Supporting FACTS (state *briefly* without citing cases or law):

SEE MEMORANDUM

AO 243    (Rev. 2/95)

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing  ENRIQUE VELEZ RODRIGUEZ, ATTORNEY
        P.O. BOX 70351, SAN JUAN, PUERTO RICO  00936-8351

    (b) At arraignment and plea    SAME AS ABOVE

    (c) At trial    SAME AS ABOVE

    (d) At sentencing    SAME AS ABOVE

AO 243    (Rev. 2/95)

    (e)  On appeal      SAME AS ABOVE

    (f)  In any post-conviction proceeding      PRO SE

    (g)  On appeal from any adverse ruling in a post-conviction proceeding

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒    No ☐

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a)  If so, give name and location of court which imposed sentence to be served in the future:

    (b)  Give date and length of the above sentence:

    (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____N/A_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__1/30/05__
Date

_Angel Manuel Garcia Torres_
Signature of Movant

(7)